LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WEBTRANS LOGISTICS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TODAY'S GEAR, INC., a Minnesota corporation; and THOMAS SCHULTZ, an individual,<br><br>Defendants. | Case No. 2:07-cv-00855-JFW-JTL<br><br>Honorable Judge John F. Walter<br>Courtroom 7A<br><br>**RENEWAL OF JUDGMENT**<br><br>**No Hearing Requested**<br><br>Judgment Entered on August 6, 2007 |

The judgment was entered against Defendants and Judgment Debtors TODAY'S GEAR, INC., a Minnesota corporation, and THOMAS SCHULTZ, an individual (collectively referred to as "JUDGMENT DEBTORS"), in the United States District Court, Central District of California, Western Division, Case No.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

2:07-cv-00855-JFW-JTL, on August 6, 2007, in the amount of $136,351.28, plus post-judgment interest at the rate of 4.99% per annum. [Docket No. 24].

Since the entry of the judgment on August 6, 2007, and as of September 10, 2009, JUDGMENT DEBTORS have paid a partial payment of $55,621.05. Thus, as of the date of the application, there is still an unsatisfied principal sum of judgment in the amount of $80,730.23. WEBTRANS LOGISTICS, a California corporation ("WEBTRANS"), is also entitled to a post-judgment interest from September 10, 2009 to May 10, 2017 in the sum of $30,912.00.

NOW, upon WEBTRANS' Application for Renewal and Renewal of Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment against JUDGMENT DEBTORS is renewed in the amount of $111,642.23, and that WEBTRANS recover as follows:

a. Principal……………………………….$136,351.28

b. Credit Received……………………………..$55,621.05

c. Outstanding Balance ………………………..$80,730.23

d. Judgment Interest..........................................$30,912.00

   (at the rate of 4.99% per annum from 9/10/2009 to 5/10/2017)

e. Costs…………………………………………$0.00

f. Attorney's Fees………………………………$0.00

GRAND TOTAL……………………………..$111,642.23

Dated: May 15, 2017                                                          (SEAL)

                                                      ____/s/ J. Lam____  _____
                                                      Clerk of the United States District Court